UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| DE'ANGELO MAREON MALONE, | Case No. 2:21-cv-01489-RFB-DJA |
|---|---|
| Petitioner, | **ORDER** |
| v. | |
| WILLIAM HUTCHINGS, et al., | |
| Respondents. | |

De'Angelo Mareon Malone has submitted a *pro se* 28 U.S.C. § 2254 petition for writ of habeas corpus (ECF No. 1-1). He has submitted an application to proceed *in forma pauperis* but has failed to include the required financial certificate or inmate account statements. Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

This action therefore is subject to dismissal without prejudice as improperly commenced. However, the court will give petitioner 30 days to either (1) pay the $5.00 filing fee or (2) submit a financial certificate completed and signed by an authorized officer and an inmate account statement for the past six months. Failure to do so may result in the dismissal of this action without prejudice.

**IT IS THEREFORE** ordered that within **30 days** of the date of this order petitioner must either pay the $5.00 filing fee or submit a completed financial certificate and his inmate account statement for the past six months.

1

**IT IS FURTHER ORDERED** that if petitioner fails to comply with this order, this action may be dismissed without prejudice.

**IT IS FURTHER ORDERED** that the Clerk **SEND** to petitioner one copy of the application to proceed *in forma pauperis* for incarcerated persons, with instructions.

DATED: 28 February 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE