UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DE'ANGELO MAREON MALONE,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM HUTCHINGS, et al.,<br><br>Respondents. | Case No. 2:21-cv-01489-RFB-DJA<br><br>ORDER |

De'Angelo Mareon Malone has submitted a *pro se* 28 U.S.C. § 2254 petition for writ of habeas corpus (ECF No. 1-1). He has now filed a motion to voluntarily dismiss/withdraw his petition (ECF No. 4).

**IT IS THEREFORE ORDERED** that petitioner's application to proceed *in forma pauperis* (ECF No. 1) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Clerk of Court detach and file the petition (ECF No. 1-1).

. . .

. . .

. . .

. . .

. . .

. . .

. . .

**IT IS FURTHER ORDERED** that petitioner's motion to dismiss/withdraw petition (ECF No. 4) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk enter judgment accordingly and close this case.

DATED: 19 May 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE